UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRE HAYES,

        Plaintiff,

    v.

SNOHOMISH COUNTY PUBLIC,
DEFENDERS ASSOCIATION, et al.,

        Defendants.

CASE NO. C07-761-TSZ

ORDER DENYING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
AND DISMISSING § 1983 ACTION

    The Court, having reviewed the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's application for leave to proceed *in forma pauperis* (Dkt #1) is DENIED.

    (3)    The complaint, and this action, are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    (4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Monica J. Benton.

    DATED this 29th day of February, 2008.

                                                    Thomas S. Zilly
                                                  United States District Judge

ORDER - 1